IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SHANNON THIBAULT**                                                                                    **PLAINTIFF**

v.                                              **4:08-CV-00355-WRW**

**MERCK & COMPANY, INC.**                                                                    **DEFENDANT**

## ORDER

Pending is Defendant's Unopposed Motion to Stay All Proceedings Pending Transfer Decision By the Judicial Panel on Multidistrict Litigation (Doc. No. 5).

The Motion is GRANTED. The stay is in effect only until the MDL Panel issues its resolution. Accordingly, all proceedings in this Court are stayed until the Judicial Panel on Multidistrict Litigation makes its final determination as to whether this case is to be transferred to an MDL proceeding.

IT IS SO ORDERED this 5th day of May, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE